# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **Jackie D. Lake,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 08-4043-CV-C-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's attorney's *Motion To Approve Attorney's Fee*, filed January 19, 2011 [Doc. 21] wherein counsel seeks an award of fees in the amount of $10,000.00 under 42 U.S.C. §406(b). Such fees appearing to be reasonable, and for good cause shown, it is

**ORDERED** that plaintiff's counsel, Frank T. Koch is awarded $10,000.00 in fees under 42 U.S.C. §406(b). Accordingly, defendant shall pay Frank T. Koch $10,000.00 in attorney's fees and refund to plaintiff the $5,712.75 remainder of attorney fees withheld from plaintiff's past due benefits. It is further

**ORDERED** that plaintiff's counsel shall reimburse plaintiff in the amount of $2,730.33 for EAJA fees previously received.

      */s/ John T. Maughmer*
      **JOHN T. MAUGHMER**
      **U. S. MAGISTRATE JUDGE**